UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO CITRUS NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AGRICOLA LAS MARIAS S.A.C.,<br><br>Defendant. | No. 1:23-cv-00101-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On April 10, 2023, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action Without Prejudice," in which Plaintiff notifies the Court that this case is voluntarily dismissed without prejudice. (Doc. 6.)  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **April 11, 2023**                                  /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE